

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 21, 2025

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   *United States v. Montgomery, et al.*, 24 Cr. 479 (LTS)

Dear Chief Judge Swain:

The Government writes on behalf of the parties to respectfully request an adjournment of the status conference currently scheduled for March 5, 2025. The requested adjournment will allow the parties to continue their ongoing discussions regarding potential resolutions of this case. Additionally, defendant Jenkens Bouloute is awaiting a decision on his application to the Young Adult Opportunity Program. This is the second request for an adjournment in this case; the previous request was granted.

The parties are available for a conference on April 23, 2025 at 12:00 p.m., and will notify the Court in advance of that date if the parties have reached any resolutions.

The Government requests the exclusion of time through the next conference date, pursuant to 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendants in a speedy trial insofar as the exclusion would allow defense counsel to review the discovery materials and allow the parties to continue the aforementioned discussions regarding potential pre-trial resolutions. All four defendants consent to the exclusion of time.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:  /s/ Getzel Berger
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc:   All counsel (by ECF)

---

The foregoing request is granted. The next pretrial conference in this proceeding is adjourned to April 23, 2025, at 12:00 p.m., in Courtroom 17C. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 23, 2025, outweigh the best interests of the public and the defendants in a speedy trial to allow the parties to discuss potential pretrial resolutions. This resolves docket entry no. 46. SO ORDERED.

/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: February 24, 2025