# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

July 7, 2025

**VIA ECF AND EMAIL**
Honorable Chief Judge Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Jeffery Montgomery**
      **24 Cr. 479 (LTS)**

Dear Chief Judge Swain:

    I write, with the consent of the Government, to respectfully request that the Court modify the conditions of the bond authorizing Mr. Montgomery's release to replace one of the co-signers who is currently signed to the bond.

    On December 12, 2024, Magistrate Judge Robyn Tarnofsky imposed the following bail conditions: A $50,000 personal recognizance bond to be cosigned by two financially responsible persons; travel restricted to the Southern and Eastern Districts of New York and District of New Jersey; surrender travel documents and no new applications; home incarceration under pretrial supervision; submit to urinalysis and subsequent drug testing/treatment if positive; and no contact with co-defendants outside of the presence of counsel.

    To satisfy the co-signer conditions of the bond, Chanpale McNair and Trency Montgomery were approved as co-signers and were sworn to the bond in December 2024. Ms. McNair would now like to be removed from the bond. Mr. Montgomery's uncle, James Blandon, has been interviewed and approved by the U.S. Attorney's Office to be a replacement co-signer. As such, we kindly request the Court's permission to remove Chanpale McNair from the bond and replace her with James Blandon.

Respectfully submitted,

/s/ Amy Gallicchio
Amy Gallicchio
Assistant Federal Defender
Tel.: (212) 417-8728

Cc:   AUSA Getzel Berger

---

The foregoing request is granted. The conditions of Mr. Montgomery's bond are modified to replace Ms. Chanpale McNair with Mr. James Blandon as co-signer. This resolves docket entry no. 71 in 24-CR-479. SO ORDERED.

Dated: July 8, 2025
/s/ Laura Taylor Swain, Chief U.S.D.J.