

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 9, 2025

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Montgomery, et al.*, 24 Cr. 479 (LTS)

Dear Chief Judge Swain:

As directed by Chambers, the Government has conferred with counsel for Jeffery Montgomery and counsel for Eric Santana. With regard to Mr. Santana, the parties are available to appear for a bail review hearing and pretrial conference on July 16, 2025, at 12:30 p.m. With regard to Mr. Montgomery, the parties request to schedule a change-of-plea hearing on July 30, 2025 at 11:00 a.m.

With regard to Mr. Montgomery, the Government requests the exclusion of time through July 30, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendants in a speedy trial insofar as the exclusion would allow the parties to finalize a pretrial resolution. Counsel for Mr. Montgomery consents to the exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  _____
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc:   All counsel (by ECF)

---

The foregoing requests are granted. Mr. Santana's bail review hearing and pretrial conference will proceed as scheduled at 12:30p.m. on July 16, 2025 in Courtroom 17C. A change-of-plea hearing for Mr. Montgomery is hereby scheduled at 11:00a.m. on July 31, 2025 in Courtroom 17C. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through July 31, 2025, outweigh the best interests of the public and Mr. Montgomery in a speedy trial for the reasons stated above. SO ORDERED.

Date: 7/9/2025
/s/ Laura Taylor Swain, Chief U.S.D.J.