## Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 12, 2025

**VIA ECF AND EMAIL**
Honorable Chief Judge Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Jeffery Montgomery**
    **24 Cr. 479 (LTS)**

Dear Chief Judge Swain:

I write, with the consent of the Government, to request a 60-day adjournment of the sentencing hearing in the above captioned matter, currently scheduled for December 3, 2025. The deadline for submitting the defense sentencing submission is next Wednesday, November 19, 2025, but we have not yet received the final presentence report. Therefore, additional time is requested in order to review the final presentence report once it is filed with the Court and for the preparation if the defense submission and sentencing recommendation.

Respectfully submitted,

/s/ Amy Gallicchio

Amy Gallicchio, Esq.
Federal Defenders of New York
(917) 612-3274

Cc: AUSA Getzel Berger

The foregoing request is granted. The currently scheduled sentencing is hereby adjourned to **February 11, 2026 at 11:30 a.m.** to give the parties and Court adequate time to prepare. The Clerk of Court is respectfully ordered to file this memorandum order in case no. 24cr479-1. This order resolves docket entry no. 106.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: November 12, 2025