UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                      No.  24-CR-479-LTS-1

JEFFERY MONTGOMERY,

       Defendant.

-------------------------------------------------------x

<u>SEALING ORDER</u>

       At the sentencing hearing on February 11, 2026, and in its letter submission to the court (docket entry no. 120), the Government moved for redaction and sealing of certain portions of its sentencing submission that contain the names and private personal information of non-party victims, which application the Court granted.  The redacted version of the submission and its supporting exhibits is filed at docket entry nos. 120 and 120-1.  The Government is also directed to publicly file redacted versions of the two additional victim impact statements the Court received on February 11, 2026.

       To effectuate sealing, counsel for the Government is directed to promptly bring a complete, unredacted copy of the Government's sentencing submission and all supporting exhibits to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with a copy of this Order.

       SO ORDERED.

Dated: New York, New York
       February 11, 2026

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge