## Federal Defenders
### OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 12, 2026

**VIA ECF**
Honorable Chief Judge Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:     **United States v. Jeffery Montgomery**
        **24 Cr. 479 (LTS)**

Dear Chief Judge Swain:

At the Court's direction, I write to respectfully request that the Court remove the filings at ECF No. 119 and 119-1 from public access. I have refiled a corrected sentencing submission at ECF No. 126 and 126-1.

The foregoing request is granted. The Clerk of Court is respectfully directed to remove the filings at docket entry nos. 119 and 119-1 from public access. This order resolves docket entry no. 127.

Respectfully submitted,

*/s/ Amy Gallicchio*

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: February 17, 2026

Amy Gallicchio, Esq.
Federal Defenders of New York
(917) 612-3274

Cc:     AUSA Getzel Berger