# <u>CONFIDENTIAL PRETRIAL INFORMATION</u>

THE ATTACHED ORDER ONLY SHOULD BE MADE PART OF THE
PUBLIC RECORD.

UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. Jeffery Montgomery; Docket No. 24 Cr. 479-1 (LTS)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jonathan Lettieri, Pretrial Services Officer, presenting
an official report upon the conduct of defendant Jeffery Montgomery,
who was placed under pretrial supervision by U.S. Magistrate Judge Robyn F. Tarnofsky,
on the 12th date of December 2024, under the following conditions:

(1) $50,000 personal recognizance bond cosigned by two financially responsible persons; (2) travel restriction to the Southern/Eastern Districts of New York and the District of New Jersey; (3) surrender travel documents and make no new applications; (4) pretrial supervision as directed by Pretrial Services; (5) submit to initial urinalysis and, if positive, additional drug testing/treatment as directed by Pretrial Services; (6) home detention enforced by location monitoring technology determined by Pretrial Services; (7) continue or seek employment; (8) continue or start an education program; and (9) no contact with codefendants outside the presence of counsel.

On August 22, 2025, Your Honor modified the defendant's bail to replace home detention with a curfew set by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is scheduled to surrender to FCI Danbury in Connecticut on April 16, 2026, to begin serving his sentence. In preparation for his surrender, Pretrial Services respectfully requests permission to remove the defendant's location monitoring equipment on April 15, 2026. The Government and Defense have no objection to this request. The defendant has complied with the conditions of his pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2026

*Jonathan Lettieri*
_____
U.S. Pretrial Services Officer

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA
                                     :   24 Cr. 479-1 (LTS)

    -against-                        :   ORDER
                                     :
Jeffery Montgomery
                                     :
        Defendant
                                     :
-------------------------------------X
```

LAURA TAYLOR SWAIN, Chief United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to allow

Pretrial Services to remove the defendant's location monitoring

equipment on April 15, 2026, in preparation for his surrender to

the Bureau of Prisons scheduled for the following date.

    Dated: New York, New York
           April __10__ , 2026

                                SO ORDERED:


                                 /s/Laura Taylor Swain
                                _____
                                LAURA TAYLOR SWAIN
                                Chief U.S. District Judge