UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                    No.  24-CR-479-LTS-1

JEFFERY MONTGOMERY,

        Defendant.

--------------------------------------------------------x

ORDER

        The Court is in receipt of a letter motion from Mr. Montgomery, acting pro se, dated June 8, 2026.  (Docket entry no. 156.)  Mr. Montgomery requests (i) appointment of Criminal Justice Act ("CJA") counsel; (ii) release on bail; and (iii) "an order vacating or correcting his sentence, pursuant to 28 U.S.C. 2255."  (Id. at 1.)

        A section 2255 motion is in the nature of a petition for habeas corpus.  The Second Circuit has explained that "a habeas petitioner should be granted bail only in unusual cases, or when extraordinary or exceptional circumstances exist which make the grant of bail necessary to make the habeas remedy effective."  Mapp v. Reno, 241 F.3d 221, 226 (2d Cir. 2001) (quoting Ostrer v. United States, 584 F.2d 594, 596 n.1 (2d Cir. 1978)); see also Grune v. Coughlin, 913 F.2d 41, 44 (2d Cir. 1990) (explaining that "[t]he standard for bail pending habeas litigation is a difficult one to meet").  While "pro se litigants generally are entitled to a liberal construction of their pleadings," Green v. United States, 260 F.3d 78, 83 (2d Cir. 2001), it is plain from both Mr. Montgomery's letter and the record that this is not an unusual case presenting exceptional circumstances.  Because the facts here do not warrant an invocation of the Court's

authority to grant bail to a habeas petitioner, Mr. Montgomery's request for bail pending resolution of his motion is denied.

The Court denies Mr. Montgomery's request for immediate appointment of CJA counsel, without prejudice to renewal after the Government's response to the motion has been received and considered.

The Government is hereby directed to file a response to Mr. Montgomery's motion by **July 10, 2026**, and to promptly mail a copy of the response to Mr. Montgomery at the address listed below and file certification of service of the same.  Mr. Montgomery may file a reply by **August 10, 2026.**  The Clerk of Court is respectfully directed to mail Mr. Montgomery a copy of this Order at the address listed below and note the mailing on the docket.  This Order resolves docket entry no. 156.

SO ORDERED.

Dated: New York, New York
          June 15, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Mail to:**

Jeffrey Montgomery
Register No. 28219-51
FCI Danbury
22 1/2 Pembroke Road
Danbury, CT 06811